# EXHIBIT A

# TO COMPLAINT

# MONCUS V. LASALLE MANAGEMENT COMPANY, LLC, ET AL

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF GEORGIA

# VALDOSTA DIVISION



SAVAGE
TURNER
DURHAM
PINCKNEY
AND
SAVAGE
TRIAL ATTORNEYS

BRENT J. SAVAGE
ROBERT BARTLEY TURNER
JAMES D. DURHAM
KATHRYN HUGHES PINCKNEY
BRENT J. SAVAGE, JR.
SHANNON C. O'REILLY
WILLIAM J. DEGENHART
(Licensed in GA and FL)
ZACHARY R. SPROUSE
SAMUEL L. MIKELL

July 24, 2018

**VIA CERTIFIED MAIL 7018 0360 0001 7798 0409**
**RETURN RECEIPT REQUESTED**

Donnie Youghn
Irwin County Sheriff
400 S Irwin
Ocilla, GA 31774

Re:   Claimant:           Tyler Moncus
      Date of Injury:     On or about September 17-27, 2017
      Location:           Irwin County Detention Center

Dear Sheriff Youghn:

Please be advised that this firm represents Tyler Moncus in connection with the injuries and damages Mr. Moncus sustained as a result of the Irwin County Detention Center's failure to credit Mr. Moncus for time served pursuant to O.C.G.A. § 17-10-11 and the ten (10) days Mr. Moncus remained incarcerated as a result from on or about September 17-27, 2017.

On September 2, 2015, Tyler Moncus was arrested in connection with the shooting of Jason Hollingsworth's pickup truck. Mr. Moncus spent eighteen (18) days in the Irwin County Detention Center before being released on bail.

On or about September 17, 2017, Mr. Moncus entered a plea in his assault case and was sentenced to ten days in jail, plus five years of felony probation. Under O.C.G.A. § 17-10-11, Mr. Moncus was automatically entitled to credit for time served awaiting trial. Because Mr. Moncus already had spent eighteen (18) days in jail, he should have been able to report to the Irwin County Detention Center, then be released immediately. Instead, Moncus was forced to serve the entire ten (10) days of his sentence at the Irwin County Detention Center.

As a result of being incarcerated illegally for ten (10) days, Mr. Moncus lost his employment at Anvil Trailers. Mr. Moncus was unemployed for a month before finding

Ante Litem Notice to Donnie Youghn
July 24, 2018
Page 2 of 2

a new job at less than half of his former pay. Further, Mr. Moncus lost medical insurance for himself and for his family.

Mr. Moncus, who had never before been incarcerated, further suffered extreme mental and emotional distress being incarcerated alongside federal prisoners. Mr. Moncus lost ten (10) pounds as a result of his ten-day incarceration, shedding a pound a day. At one point during his incarceration, Mr. Moncus and other detainees were made to strip naked and go to the gym while guards did a weapons search, an experience that was both humiliating and terrifying to Mr. Moncus.

We believe that the injuries sustained by Tyler Moncus were caused by the actions or inactions of Irwin County, the Irwin County Sheriff's Office, Tifton Judicial Circuit Assistant District Attorney J.D. Hart, and/or LaSalle Corrections.

On behalf of Tyler Moncus, I hereby provide notice of their intent to take legal action against the individuals or entities responsible for their injuries. The claim for the injuries and damages suffered by Tyler Moncus include, but are not limited to, physical and mental pain and suffering, medical expenses, and lost wages. The claim for these injuries and damages is for $500,000.

The purpose of this correspondence is to satisfy O.C.G.A. § 50-21-26 and all other Georgia statutes regarding *ante litem* notice. Additionally, this notice is given to afford Irwin County the opportunity to investigate this claim and ascertain the evidence and to avoid unnecessary litigation.

If you have any questions or if you would like to discuss this matter further, please give me a call.

Very truly yours,

Brent J. Savage
SAVAGE & TURNER, P.C.

BJS/fsb

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donnie Youghn
   Irwin Co. Sheriff
   400 South Irwin Ave.
   Ocilla, GA 31774

   9590 9402 3789 8032 1833 87

2. Article Number (Transfer from service label)

   7018 0360 0001 7798 0409

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]

B. Received by (Printed Name)   C. Date
   M Cants                       7/09

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

   ref: Tyler Moncus

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...ail
   ☐ ...ail Restricted Delivery

   ☐ Priority Mail
   ☐ Registered
   ☐ Registered Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature C...
   ☐ Signature C... Restricted ...

Domestic Ret...



SAVAGE
TURNER
DURHAM
PINCKNEY
AND
SAVAGE
TRIAL ATTORNEYS

BRENT J. SAVAGE
ROBERT BARTLEY TURNER
JAMES D. DURHAM
KATHRYN HUGHES PINCKNEY
BRENT J. SAVAGE, JR.
SHANNON C. O'REILLY
WILLIAM J. DEGENHART
(Licensed in GA and FL)
ZACHARY R. SPROUSE
SAMUEL L. MIKELL

July 24, 2018

**VIA CERTIFIED MAIL 7018 0360 0001 7798 0393**
**RETURN RECEIPT REQUESTED**

Joey Whitley
Irwin County Commission Chairman
207 South Irwin Ave.
Ocilla, GA 31774

Re:   Claimant:           Tyler Moncus
      Date of Injury:     On or about September 17-27, 2017
      Location:           Irwin County Detention Center

Dear Mr. Whitley:

Please be advised that this firm represents Tyler Moncus in connection with the injuries and damages Mr. Moncus sustained as a result of the Irwin County Detention Center's failure to credit Mr. Moncus for time served pursuant to O.C.G.A. § 17-10-11 and the ten (10) days Mr. Moncus remained incarcerated as a result from on or about September 17-27, 2017.

On September 2, 2015, Tyler Moncus was arrested in connection with the shooting of Jason Hollingsworth's pickup truck. Mr. Moncus spent eighteen (18) days in the Irwin County Detention Center before being released on bail.

On or about September 17, 2017, Mr. Moncus entered a plea in his assault case and was sentenced to ten days in jail, plus five years of felony probation. Under O.C.G.A. § 17-10-11,Mr. Moncus was automatically entitled to credit for time served awaiting trial. Because Mr. Moncus already had spent eighteen (18) days in jail, he should have been able to report to the Irwin County Detention Center, then be released immediately. Instead, Moncus was forced to serve the entire ten (10) days of his sentence at the Irwin County Detention Center.

As a result of being incarcerated illegally for ten (10) days, Mr. Moncus lost his employment at Anvil Trailers. Mr. Moncus was unemployed for a month before finding a new job at less than half of his former pay. Further, Mr. Moncus lost medical insurance for

102 E. LIBERTY ST. | 8TH FLOOR  SAVANNAH  GEORGIA  31401     P.O. BOX 10600  SAVANNAH  GEORGIA  31412
P | 912.231.1140  F | 912.232.4212     savagelawfirm.net

Ante Litem Notice to Joey Whitley
July 24, 2018
Page 2 of 2

himself and for his family.

Mr. Moncus, who had never before been incarcerated, further suffered extreme mental and emotional distress being incarcerated alongside federal prisoners. Mr. Moncus lost ten (10) pounds as a result of his ten-day incarceration, shedding a pound a day. At one point during his incarceration, Mr. Moncus and other detainees were made to strip naked and go to the gym while guards did a weapons search, an experience that was both humiliating and terrifying to Mr. Moncus.

We believe that the injuries sustained by Tyler Moncus were caused by the actions or inactions of Irwin County, the Irwin County Sheriff's Office, Tifton Judicial Circuit Assistant District Attorney J.D. Hart, and/or LaSalle Corrections.

On behalf of Tyler Moncus, I hereby provide notice of their intent to take legal action against the individuals or entities responsible for their injuries. The claim for the injuries and damages suffered by Tyler Moncus include, but are not limited to, physical and mental pain and suffering, medical expenses, and lost wages. The claim for these injuries and damages is for $500,000.

The purpose of this correspondence is to satisfy O.C.G.A. § 50-21-26 and all other Georgia statutes regarding *ante litem* notice. Additionally, this notice is given to afford Irwin County the opportunity to investigate this claim and ascertain the evidence and to avoid unnecessary litigation.

If you have any questions or if you would like to discuss this matter further, please give me a call.

Very truly yours,

Brent J. Savage
SAVAGE, TURNER, DURHAM, PINCKNEY & SAVAGE

BJS/fsb

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joey Whitley
Irwin Co. Commission Chairman
207 S. Irwin Ave.
Ocilla, GA 31774

9590 9402 3789 8032 1833 94

2. Article Number (Transfer from service label)

7018 0360 0001 7798 0393

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_   ☐ Agent / ☐ Addressee

B. Received by (Printed Name): Villisa [illegible]   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

ref: Tyler Moncus

3. Service Type
☐ Adult Signature
☒ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   ☐ ...Mail
   ☐ ...Mail Restricted Delivery

☐ Priority Mail Express
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt